UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:20-cv-22583-UNGARO

JARED McGRIFF, OCTAVIA YEARWOOD,
NAIOMY GUERRERO, and
RODNEY JACKSON,

    Plaintiff,

vs.

CITY OF MIAMI BEACH,

    Defendant.
_____/

DEPOSITION OF THOMAS FOLLAND, PH.D.

TAKEN ON BEHALF OF THE PLAINTIFF

APRIL 26, 2021
1:00 P.M. TO 5:22 P.M.

ALL PARTIES APPEARED REMOTELY
PURSUANT TO
FLORIDA SUPREME COURT ORDER AOSC20-23

REPORTED BY:
DANIELLE J. BRAELOW, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



877.291.3376
www.UCRinc.com

```
 1              APPEARANCES OF COUNSEL

 2  ON BEHALF OF THE PLAINTIFF:

 3       ALAN LEVINE, ESQUIRE
         80-02 KEW GARDENS ROAD
 4       SUITE 307
         KEW GARDENS, NY 11415
 5       NEW YORK BAR NO. 1373554
         (917) 806-1814
 6       LEVINE1955@GMAIL.COM
         (REMOTELY VIA ZOOM)
 7
         MATTHEW MCELLIGOTT, ESQUIRE
 8       VALIENTE, CAROLLO & MCELLIGOTT, PLLC
         1111 BRICKEL AVENUE 1550
 9       MIAMI, FL 33131
         786-361-6887
10       MATTHEW@VALIENTELAW.COM
         (REMOTELY VIA ZOOM)
11
    ON BEHALF OF THE DEFENDANT:
12
         ROBERT FRANKLIN ROSENWALD JR., ESQUIRE
13       CITY OF MIAMI BEACH CITY ATTORNEY'S OFFICE
         170 NW 97TH ST
14       MIAMI SHORES, FL 33150-1735
         305-673-7470
15       ROBERTROSENWALD@MIAMIBEACHFL.GOV
         (REMOTELY VIA ZOOM)
16

17

18

19

20

21

22

23

24

25
```



INDEX OF EXAMINATION

WITNESS: THOMAS FOLLAND, PH.D.

|  | PAGE |
|---|---|
| DIRECT EXAMINATION<br>    By Alan Levine, Esquire | 5 |
| CROSS EXAMINATION<br>    By Robert F. Rosenwald Jr., Esquire | 128 |
| RE-DIRECT EXAMINATION<br>    By Alan Levine, Esquire | 130 |



```
 1                    INDEX OF EXHIBITS
 2   EXHIBIT              DESCRIPTION                    PAGE
 3   Plaintiffs'
 4      1             Deponent's Report                    6
 5      2             Press Release
 6      3             Public Art
 7      4             Email
```



UNIVERSAL COURT REPORTING
877.291.3376
www.UCRinc.com

1  that right?
2      A   Yes.
3      Q   Are there more, the same, or fewer such
4  places, that is all these both traditional and non-
5  traditional places for displaying art, that is museums,
6  galleries, pop ups, street art, in which the private,
7  personal, aesthetic of the artist predominates or
8  prevails?
9      A   Well, in the case of a government sponsorship
10 of a private work of art as whoever is being defined, it
11 still exists as a government sponsored, government
12 message work of arts.
13     Q   Yeah.  I'm sorry.  My question may not have
14 been clear.  I'm simply talking about now -- about how
15 the public views art, and you've said government speech
16 conveying a government point of view, you say, is a
17 foundational idea of the visual arts.  That is part of
18 your opinion?
19     A   That is correct.
20     Q   What I'm trying to understand is whether or
21 not the idea of personal, private, aesthetic or
22 political expression is also a foundational idea of the
23 visual arts, at least in the 19th and 20th century?
24     A   I wouldn't say it's foundational because it
25 co-exists with other forms of art.  It was a -- again,



```
 1  as I said earlier, an idea or a theory of belief, but it
 2  is a belief that or a theory that often, once it brushes
 3  up against the real world, it doesn't really pan out in
 4  the way that we often think it does.
 5            There's a lot of general, I think,
 6  misconceptions about the nature of art and it is one of
 7  them.  It's really a myth more than a reality.
 8       Q    Well, first of all, I want to take
 9  foundational out of my question because foundational may
10  mean that it rests on a foundation and you have said
11  that government speech rests on a several millennia old
12  foundation that individual art does not rest on, right,
13  something to that effect?
14       A    Correct.
15       Q    Okay.  But I'm now going back to this phrase
16  that you used, "The concept of art as a mode of
17  personal, private, aesthetic or political experience."
18  It exists, doesn't it?
19       A    It exists as an idea --
20       Q    Okay.
21       A    --if not a reality.
22       Q    So, that when you say it doesn't exist as a
23  reality, there is no art that expresses personal,
24  private, aesthetic or political ideas or expression?
25       A    Not entirely.  Art is part of a larger
```



```
 1  dialogue with not only its own history, but with the
 2  context it's placed into with other works of art.  It
 3  never -- again, this is the -- this is the -- this myth
 4  of autonomy that emerged in the 20th century -- the 19th
 5  century, I'm sorry, that really never bore a fruit.
 6          This is the topic of subtle art historical
 7  works, dismantling this myth of the timeless work of art
 8  that exist as some sort of absolute condition of freedom
 9  --
10      Q   Well --
11      A   --and personal expression.
12      Q   If I understand you correctly, you seem to be
13  saying that at least in art history, there is no clear
14  distinction between government art and private art.  Is
15  that what you're saying?
16      A   I'm not saying that there's no clear
17  distinction.  What I'm saying is that that distinction
18  is not as short of as legal discourse may like it to be,
19  it's much more of a fluid conditional state.
20          As -- again, as I said earlier, I think,
21  artworks that we might describe as private expression,
22  when they are appropriated by government agencies, they
23  are then appropriated as forms of -- they become
24  government speech.  So,--
25      Q   -- I'm sorry, finish.
```



```
 1         A    So, that just goes back to the point I'm
 2   making about the fluid nature of these categories, but
 3   my own work as a scholar in art history has really been
 4   to argue that that idea does not exist.
 5         Q    That idea of --
 6         A    If artwork produced out of some sort of
 7   instance of pure, personal expression.  It does not
 8   exist.
 9              In my work, and my research, my scholarship, I
10   always describe art as a product of these larger
11   factors.  And there is a myth of autonomy that exists in
12   modernism that is -- just that it is a myth.
13         Q    Well, the -- I'm a lawyer, not an art
14   historian, but that makes sense to me that all art is
15   influenced by the world in which its creator exists and
16   that may be cultural forces and artistic forces, and
17   political and governmental forces.  That's part of what
18   you're saying, right?
19         A    Correct.
20         Q    But I'm talking about something else.  You
21   said before that sometimes private art was -- forget the
22   word that you used, but taken for or by government for
23   its own purposes.  You said something like --
24         A    Correct.
25         Q    Okay.  I--
```



1                    CERTIFICATE OF REPORTER

2     STATE OF FLORIDA

3     COUNTY OF PALM BEACH

4

5         I, Danielle J. Braelow, Court Reporter and Notary

6     Public for the State of Florida, do hereby certify that

7     I was authorized to and did digitally report and

8     transcribe the foregoing proceedings, and that the

9     transcript is a true and complete record of my notes.

10

11        I further certify that I am not a relative,

12    employee, attorney or counsel of any of the parties,

13    nor am I a relative or employee of any of the parties'

14    attorneys or counsel connected with the action, nor am

15    I financially interested in the action.

16    Witness my hand this 3rd day of May, 2021.

17

18

19

20    *[signature: Danielle Braelow]*

21    _____
      DANIELLE J. BRAELOW, COURT REPORTER
22    NOTARY PUBLIC, STATE OF FLORIDA

23

24

25



```
 1                    CERTIFICATE OF OATH
 2   STATE OF FLORIDA
 3   COUNTY OF PALM BEACH
 4
 5        I, Danielle J. Braelow, the undersigned authority,
 6   certify that Thomas Folland, Ph.D., appeared before me
 7   remotely pursuant to Florida Supreme Court Order
 8   AOSC20-23 and was duly sworn on the 26th day of April,
 9   2021.
10
     Witness my hand this 3rd day of May, 2021.
11
12
13
14
15   _____
     DANIELLE J. BRAELOW, COURT REPORTER
16   NOTARY PUBLIC, STATE OF FLORIDA
     Commission No.: GG 926016
17   Commission Exp: 10/24/2023
18
19
20
21
22
23
24
25
```

